```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TERRANCE HAYNES,                         :               10/14/2011
              Plaintiff,                 :
     -v-                                 :
                                         :    11 Civ. 4347 (DLC)
THE CITY OF NEW YORK and JOHN DOES 1     :
through 4, individually and in their     :         PRETRIAL
official capacities, (the name John      :    SCHEDULING ORDER
Doe being fictitious as the true names   :
are presently unknown),                  :
              Defendants.                :
                                         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on October 14, 2011, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by October 28, 2011.

2. No additional parties may be joined or pleadings amended after November 11, 2011.

3. The parties are instructed to contact the chambers of Magistrate Judge Ellis prior to December 16, 2011 in order to pursue settlement discussions under his supervision.

4. All fact discovery must be completed by March 30, 2012.

5. The Joint Pretrial Order must be filed by April 27, 2012.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week

>    thereafter.  Counsel will provide the Court with two (2)
>    courtesy copies of all pretrial documents at the time of filing.

Dated:     New York, New York
           October 14, 2011

                              _____
                                      DENISE COTE
                              United States District Judge